IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.  NO. 4:06CR00105-(01) JMM

JOHN PASCAL SOWARD a/k/a WHITNEY

## FINAL ORDER OF FORFEITURE

WHEREAS, on December 20, 2007 this Court entered an Amended Preliminary Order of Forfeiture, ordering the defendant to forfeit his interest in the following:

**CONVEYANCE**

a.   One black V-king motorcycle, VIN 189W1S2G1W5503005.

**FIREARMS or AMMUNITION**

| FIREARM | SERIAL NUMBER |
|---|---|
| Dan Wesson, .357 mag. handgun | 189304 |
| Desert Eagle, .40 cal. handgun | 32311148 |
| Browning BDM, 9mm handgun | 945NT51231 |
| Bersa Model 83, .380 cal. handgun | 238656 |
| Star .380 handgun | 1882203 |
| Smith & Wesson .40 cal. handgun | PAM1195 |
| Parker 10mm handgun | A06540 |
| Seecamp .25 acp handgun | 3478 |
| Springfield Armory .45 acp handgun | N361696 |
| Ruger 22/45 .22 cal. handgun | 224-38475 |
| AA Arms model AP 9mm | 17704 |

| | |
|---|---|
| Star model 30 MI 9mm handgun | 1835323 |
| Beretta Tomcat .32 acp handgun | DAA208923 |
| Beretta model 950 .22 cal. handgun | BER25648T |
| Ruger P90, .45 acp handgun | 662-17922 |
| Colt .25 acp handgun | 100288 |
| Davis Arms M32 handgun | 557536 |
| AMT .380 handgun | DA 11981 |
| Beretta model 70, 7.65 cal. handgun | A00037 |
| Ruger P85, 9mm handgun | 302-12363 |
| Beretta model 950BS, .25 acp handgun | BT12153V |
| Beretta model 950BS, .22 cal. handgun | BER40355T |
| Beretta model 948, .22 cal handgun | 043710N |
| Ruger SP101, .357 mag. handgun | 572-34159 |
| North American Arms .22 mag. handgun | D5435 |
| Smith & Wesson model 422, .22 cal. handgun | TFP3095 |
| Glock model 19, 9mm handgun | BHT011 |
| Beretta model 92, 9mm handgun | E25393Z |
| Smith & Wesson, model 66., .357 mag. handgun | BHY2613 |
| H&R .410 gauge shotgun pistol | 45054 |
| AMT Automag 2, .22 mag. handgun | H26862 |
| Desert Eagle, .50 AE cal. handgun | 34200970 |
| Remington 12 gauge semi-automatic shotgun | 138957 |
| Browing Magnum 12, 12 gauge shotgun | 18731NW151 |

| | |
|---|---|
| New Haven (Mossberg) 12 gauge shotgun 600AT | G952632 |
| Leinad .45 cal. Derringer (Cobray) | M00003004 |
| Colt Python .357 magnum revolver | V76547 |
| Highpoint #995 9mm rifle | A35822 |
| Beretta Storm .40 cal. rifle | CY05141 |
| Desert Eagle .50AE pistol | 34200939 |
| 218 rounds of assorted .50 caliber ammunition | N/A |
| 846 rounds of .22 caliber ammunition | N/A |
| 100 rounds of 7 caliber ammunition | N/A |
| 100 rounds of 30-06 ammunition | N/A |
| 150 rounds of .380 caliber ammunition | N/A |
| 20 rounds of .3 caliber ammunition | N/A |
| 20 rounds of .270 caliber ammunition | N/A |
| 10 rounds of .20 caliber ammunition | N/A |
| 50 rounds of 9mm ammunition | N/A |
| 10 rounds of 12 gauge ammunition | N/A |
| 33 rounds of 10 gauge ammunition | N/A |
| 147 rounds of .32 caliber ammunition | N/A |
| 29 rounds of .4 caliber ammunition | N/A |
| 76 rounds of .357 caliber ammunition | N/A |
| Cobray M11, 9mm | 89-0035204 |
| Savage 110, .270 Win | F179907 |
| Browing A Bolt, .300 Win Mag | 56691NT817 |

| | |
|---|---|
| Savage 65M, .22 Win Mag | C670865 |
| Remington 1100, 12 gauge | 356402V |
| Marlin 60W, .22 long rifle | 9329389 |
| Remington 11/87, 12 gauge | PC345893 |
| Mossburg 500A, 12 gauge | P978957 |
| Mossburg 500A, 12 gauge | P345782 |
| Bohica M-16-SA, Nato (223) | 460044 |
| Weatherby Mark V, 30-378 Wby Mag | BW007971 |
| Eagle Arms (Armalite) M15A2, 5.56 mm(223) | 9320 |
| Browning A Bolt, 300 WSM | 71620MX351 |
| Bushmaster XM15-E2S, 5.56 (223) | BFI428607 |
| Ruger 10-22, .22 long rifle | 25446602 |
| Norinco SKS, 7.62X39 | R8392 |
| Marlin 25MN, .22 long rifle | 12711380 |
| Browning BAR, 300 Win Mag | 23326M74 |
| Remington Nylon 55, .22 long rifle | No serial number |
| Interarms/Norinko 22A.T.D., .22 long rifle | 421443 |
| Savage 110, .270 Win | F631880 |
| Remington 700, 7mm Mag | 6562413 |
| Sten "MK2" 9 mm submachine gun | F43980 |
| Coastal, M223 Silencer | 1041 |
| Homemade Unregistered Silencer | No serial number |
| Sable Baby, .22 cal. | 1136 |

| | |
|---|---|
| Magnum Research ISI Desert Eagle, .50 cal. | 43201085 |
| Winchester Model 1200, 12 gauge | L1167874 |
| Mossberg Model 500, 12 gauge | K269811 |
| F.I.E., 410 gauge | 186847 |
| Eastfield Model 916, 12 gauge | B05369 |
| Remington Model 11, 20 gauge | 1067200 |
| Ruger Model 1022, .22 cal. | 255-05452 |
| Remington Nylon, .22 cal. | None |
| Remington Model 552, .22 cal. | 1723387 |

WHEREAS, the United States caused to be published in the Arkansas Democrat Gazette, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, the United States also provided actual notice to all interested parties, including to the defendants;

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

IT IS ORDERED that all right, title, and interest in all of the property set forth above is hereby forfeited to the United States, and the United States Marshal shall dispose of such property according to law.

SO ORDERED this 20th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE