RECEIVED MAIL ROOM
APR - 9 2008
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

4:06CR02001

4:06cr00105-01

#24055-009

United States of America
vs
John Pascal Soward

Motion of Appeal

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR - 9 2008
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

I plead guilty to a indictment in September of 2007 and was sentenced on February 14 of 2008 and Resentenced The last part of March.

I am Notifying the court that I wish to appeal my sentence of 420 months at this time

I Also request that the court appoint me a attorney to handle this appeal

John Pascal Soward
#24055-009