IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**

VS.                             4:06CR00105-1

**JOHN PASCAL SOWARD**

### ORDER

Pending is Defendant's motion of appeal. (Docket # 645). The Clerk of the Court is directed to treat this motion as a notice of appeal from the Court's Order entered March 14, 2008 and to change the docket entry accordingly. The Defendant's motion for appointment of counsel will be ruled on by the Eighth Circuit Court of Appeals.

IT IS SO ORDERED this 16th day of April, 2008.

_____
James M. Moody
United States District Judge