U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

**Caption:** USA v. Soward

**Date:** 4/17/08

**Case No:**   4:06cr00105-01 JMM

**Appellant (s):**   John Pascal Soward

**Appellant's Attorney:**   William Jennings Stanley

**Appellee (s)**   USA

**Appellee's Attorney:**   Ann E Gardner; Jeffrey Paul LaVicka; Kevin T Alexander; Karen D Whatley

**Court Reporter(s):** Elaine Hinson; Karen Baker

**Name of Person who prepared NOA Supplement:** Doris Collins

| Length of Trial (# of days) | Fee Paid? Y/N: | IFP Granted Y/N | Pending IFP Motion Pending? Y/N |
|---|---|---|---|
| Plea/Sentencing | N | N | N |
|  |  |  |  |

| Counsel Retained/Appointed/Pro Se/Pro Bono | Pending Post Judgment Motions? Y/N | Local Interest Y/N | Simultaneous Release? Y/N |
|---|---|---|---|
| Retained | N | N | N |

**CRIMINAL CASES/ PRISONER    PRO SE CASES ONLY**
**Is Defendant Incarcerated?     Yes**
**Please list all other defendants in this case if there were multiple defendants: See Attachment**

**NOTIFICATION TO COUNSEL:**

## Docket Sheet

**Case number** 4:06-cr-105  [Hide Case List]
Select a case:
☐ 4:06-cr-00105-JMM USA v. Soward et al
　☐ 4:06-cr-00105-JMM-1 John Pascal Soward (closed)
　☐ 4:06-cr-00105-JMM-2 William Earl Watson (closed)
　☐ 4:06-cr-00105-JMM-3 Christopher Shannon Pitcher (closed)
　☐ 4:06-cr-00105-JMM-4 Christopher Alexander Ishmael (closed)
　☐ 4:06-cr-00105-JMM-5 Douglas Eugene Jones (closed)
　☐ 4:06-cr-00105-JMM-6 Kelly Eugene Vest (closed)
　☐ 4:06-cr-00105-JMM-7 Danny Ray Wiseman (closed)
　☐ 4:06-cr-00105-JMM-8 Don Benjamin Neldon (closed)
　☐ 4:06-cr-00105-JMM-9 Anthony Taylor West (closed)
　☐ 4:06-cr-00105-JMM-10 Parrish C Morris (closed)
　☐ 4:06-cr-00105-JMM-11 Mitchell Ray Qualls (closed)
　☐ 4:06-cr-00105-JMM-12 Keith Guffey (closed)
　☐ 4:06-cr-00105-JMM-13 Donald Lee Balfour (closed)
　☐ 4:06-cr-00105-JMM-14 Joseph Bauer Jackson (closed)
　☐ 4:06-cr-00105-JMM-15 Jack Edward Jones
　☐ 4:06-cr-00105-JMM-16 Willard Leo Spray (closed)
　☐ 4:06-cr-00105-JMM-17 Joe Don Schulte (closed)
　☐ 4:06-cr-00105-JMM-18 David Stanford Forrester, Jr (closed)

◉ **Filed**
◯ **Entered**
　　to

**Documents** 　to

**Include:**
☑ Parties and counsel
☑ Terminated parties
☑ List of member cases
☑ Restricted entries
☑ Links to Notices of Electronic Filing

**Document options:**
☑ Include headers when displaying PDF documents
☐ View multiple documents
☐ Create Record on Appeal

**Abridged docket report:**
☐ Create abridged docket report

**Format:**
◉ HTML (unpaginated)
◯ PDF (paginated)

**Sort by** Oldest date first

[Run Report] [Clear]　☐ Make these options my default.　Schedule this to run