John Pascal Soward
Reg #24055-009
West Tennessee Detention Facility
Post Office Box 509
Mason, TN 38049

**UNITED STATES DISTRICT COURT**
CLERK'S OFFICE
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL AVENUE
SUITE A-149
LITTLE ROCK, ARKANSAS 72201-3325
OFFICIAL BUSINESS

RETURNED TO SENDER
MOVED LEFT NO ADDRESS

RECEIVED MAIL ROOM
APR 21 2008
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 21 2008
JAMES W. McCORMACK, CL
By:_____ DEP C

049J820
$00.
04/11/
Mailed From
US POS