# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 24, 2008

Mr. William Jennings Stanley
STANLEY & THYER
326 S. Church
Jonesboro, AR  72401-0000

     RE:  08-1930  United States v. John Soward

Dear Counsel:

     The district court has transmitted a notice of appeal in this criminal matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to the court. Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

     Enclosed is a CJA Form 20 which provides for your appointment under the provisions of the Criminal Justice Act. If you are receiving this letter by electronic noticing your CJA Form 20 will be sent by mail. Your duties as counsel are defined by Eighth Circuit Rule 27C and Eighth Circuit's Plan to Expedite Criminal Appeals. Please review these materials which are on the "Rules and Publications" page of our web site.

     You can also find "Fillable" CJA Forms and instructions for their use on the "Forms" page of our web site. When you are ready to submit your voucher for payment, you may either complete the paper version or fill out the form online. If you choose to complete the form online, please copy the information contained in Items 1-14 from the paper CJA Form 20. You should then fill in the hours and expenses claimed, print out the form, sign it, attach the paper CJA Form 20 we sent you, and submit both forms to the St. Louis office for processing. Vouchers should be submitted after the court issues its mandate at the close of the case.

     Appointments are personal and cannot be delegated without the court's approval. If you have any questions about your appointment or the CJA voucher process, please contact this office.

     **This appeal is being forwarded to the court for their review at this time.  A briefing schedule will be established at a later date, if appropriate.**

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at www.ca8.uscourts.gov/files/cmecfstandingorder.pdf. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

PSA

Enclosure(s)

cc:     Ms. Anne E. Gardner
        Ms. Karen Baker
        Ms. Elaine M Hinson
        Mr. Jim McCormack
        Mr. John Pascal Soward

        District Court/Agency Case Number(s):   4:06-cr-00105-JMM-1

**Caption For Case Number:   08-1930**

**United States of America,**

    **Plaintiff - Appellee**

**v.**

**John Pascal Soward,**

    **Defendant - Appellant**

**Addresses For Case Participants:   08-1930**

Mr. William Jennings Stanley
STANLEY & THYER
326 S. Church
Jonesboro, AR  72401-0000

Ms. Anne E. Gardner
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
P.O. Box 1229
Little Rock, AR  72203-0000

Ms. Karen Baker
Suite C-411
500 W. Capitol Avenue
Little Rock, AR  72203

Ms. Elaine M Hinson
U.S. DISTRICT COURT
Eastern District of Arkansas
Room 371
600 W. Capitol Avenue
Room A149
Little Rock, AR  72201-0000


Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
600 W. Capitol Avenue
Room A149
Little Rock, AR  72201-0000


Mr. John Pascal Soward
U.S. PENITENTIARY
#24055-009
P.O. Box 2099
Pollock, LA  71467-0000

|  |  |
|---|---|
|  8cc-cmecf-nda@ck8.uscourts.gov<br>04/24/2008 09:34 AM | To<br>cc<br>bcc<br>Subject  08-1930 United States v. John Soward "CRIMINAL case docketed" |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 04/24/2008

**Case Name:**            United States v. John Soward
**Case Number:**          08-1930
**Document(s):**          Document(s)


**Docket Text:**
CRIMINAL case docketed. [3426806] [08-1930]

The following document(s) are associated with this transaction:
**Document Description:** Criminal Fee Status Letter
**Original Filename:**
/opt/ACECF/live/forms/pagathen_081930_3426806_CriminalFeeStatusLetters_117.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=04/24/2008] [FileNumber=3426806-0] [29ec6e1f987be1739f51af133992902a40c5e3d79175ce51556e1ee7a3647a055b1f41a5f10a3730 96441c7698b413c02c78f6d36abc906d5ec322eab3a71f23]]
**Recipients:**
- Ms. Baker, Karen, Court Reporter
- Ms. Gardner, Anne E., Assistant U.S. Attorney
- Ms. Hinson, Elaine M, Court Reporter
- Mr. McCormack, Jim, Clerk of Court
- Mr. Soward, John Pascal
- Mr. Stanley, William Jennings


**Notice will be electronically mailed to:**

Ms. Baker, Karen, Court Reporter: karen_baker@ared.uscourts.gov
Ms. Gardner, Anne E., Assistant U.S. Attorney: Anne.Gardner2@usdoj.gov, sharon.talbot@usdoj.gov
Ms. Hinson, Elaine M, Court Reporter: elaine_hinson@ared.uscourts.gov
Mr. McCormack, Jim, Clerk of Court: ared_appeals@ared.uscourts.gov

**Notice will be mailed to:**

Mr. Soward, John Pascal
U.S. PENITENTIARY
P.O. Box 2099
Pollock, LA 71467-0000

Mr. Stanley, William Jennings
MCDANIEL & WELLS
400 S. Main
Second Floor
Jonesboro, AR 72401-0000

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 3426806
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 3713997, 3713998