# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 08-1930
_____

United States of America,

Plaintiff - Appellee

v.

John Pascal Soward,

Defendant - Appellant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:06-cr-00105-JMM-1)
_____

**JUDGMENT**

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction.

May 01, 2008

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
       /s/ Michael E. Gans

# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 01, 2008

Mr. William Jennings Stanley
STANLEY & THYER
326 S. Church
Jonesboro, AR  72401

RE:  08-1930  United States v. John Soward

Dear Counsel:

Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

Michael E. Gans
Clerk of Court

MER

Enclosure(s)

cc:     Ms. Anne E. Gardner
        Mr. Jim McCormack
        Mr. John Pascal Soward

District Court/Agency Case Number(s):  4:06-cr-00105-JMM-1



| | |
|---|---|
| 8cc-cmecf-nda@ck8.uscourts.gov | To |
| 05/01/2008 02:45 PM | cc |
| | bcc |
| | Subject  08-1930 United States v. John Soward "judgment filed" |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 05/01/2008

| | |
|---|---|
| **Case Name:** | United States v. John Soward |
| **Case Number:** | 08-1930 |
| **Document(s):** | Document(s) |

**Docket Text:**
JUDGMENT FILED - Case dismissed for lack of jurisdiction KERMIT E. BYE, C. ARLEN BEAM and WILLIAM JAY RILEY Adp May 2008 [3429502] [08-1930]

The following document(s) are associated with this transaction:
**Document Description:** Cover Letter
**Original Filename:**
/opt/ACECF/live/forms/mrudolph_081930_3429502_GeneralCoverLetters_122.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=05/01/2008] [FileNumber=3429502-0]
[5d5b9e72a4a9fb98fbbc77245dd8ebcfda80be9c43c7db5bc171845a9f096f9d4454393ccd74c592
134ad420493267b1242e8c863e4e2562bc5e8e5d1256f965]]
**Recipients:**
- Ms. Gardner, Anne E., Assistant U.S. Attorney
- Mr. McCormack, Jim, Clerk of Court
- Mr. Soward, John Pascal
- Mr. Stanley, William Jennings

**Document Description:** Judgment: Judge Directed
**Original Filename:**
/opt/ACECF/live/forms/mrudolph_081930_3429502_JudgmentsJudgeDirected_127.pdf
**Electronic Document Stamp:**

[STAMP acecfStamp_ID=1105112566 [Date=05/01/2008] [FileNumber=3429502-1]
[730d72b850cc909786147aacad6188656048068b90c2447402e08978f0553e42ef86203eedddf8ad18715aa09f65f2c6267ee4481a14069dbebe08492c583324]]

**Recipients:**

- Ms. Gardner, Anne E., Assistant U.S. Attorney
- Mr. McCormack, Jim, Clerk of Court
- Mr. Soward, John Pascal
- Mr. Stanley, William Jennings

**Notice will be electronically mailed to:**

Ms. Gardner, Anne E., Assistant U.S. Attorney: Anne.Gardner2@usdoj.gov, sharon.talbot@usdoj.gov
Mr. McCormack, Jim, Clerk of Court: ared_appeals@ared.uscourts.gov

**Notice will be mailed to:**

Mr. Soward, John Pascal
U.S. PENITENTIARY
P.O. Box 2099
Pollock, LA 71467-0000

Mr. Stanley, William Jennings
STANLEY & THYER
326 S. Church
Jonesboro, AR 72401

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 3429502
**RELIEF(S) DOCKETED:**
   dismiss case for lack of jurisdiction
**DOCKET PART(S) ADDED:** 3718792, 3718793, 3718794