# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 08-1930

United States of America,

Appellee

v.

John Pascal Soward,

Appellant

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:06-cr-00105-JMM-1)

---

## MANDATE

In accordance with the judgment of May 01, 2008, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 22, 2008

Clerk, U.S. Court of Appeals, Eighth Circuit

8cc-cmecf-nda@ck8.uscourts.
gov
05/22/2008 02:02 PM

To

cc

bcc

Subject   08-1930 United States v. John Soward "Mandate Issued"

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se litigants) to
receive one free electronic copy of all documents filed electronically, if receipt is required
by law or directed by the filer. PACER access fees apply to all other users. To avoid later
charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 05/22/2008

| | |
|---|---|
| **Case Name:** | United States v. John Soward |
| **Case Number:** | 08-1930 |
| **Document(s):** | Document(s) |

**Docket Text:**
MANDATE ISSUED. [3436822] [08-1930]

The following document(s) are associated with this transaction:
**Document Description:**Mandate
**Original Filename:**
/opt/ACECF/live/forms/mrudolph_081930_3436822_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=05/22/2008] [FileNumber=3436822-0]
[72b75ad43bf7fc19a685f574f591708d503b32eff2462660a1a45fe15d2ac06717faef6101c5bf28db
999c57174608ae612e1dc93e7b61f5592891c3f9f847c2]]
**Recipients:**

- Ms. Gardner, Anne E., Assistant U.S. Attorney
- Mr. McCormack, Jim, Clerk of Court
- Honorable Moody, James M., U.S. District Judge
- Mr. Soward, John Pascal
- Mr. Stanley, William Jennings

**Notice will be electronically mailed to:**

Ms. Gardner, Anne E., Assistant U.S. Attorney: Anne.Gardner2@usdoj.gov,
sharon.talbot@usdoj.gov

Mr. McCormack, Jim, Clerk of Court: ared_appeals@ared.uscourts.gov
Honorable Moody, James M., U.S. District Judge: Dawn_Graves@ared.uscourts.gov

**Notice will be mailed to:**

Mr. Soward, John Pascal
U.S. PENITENTIARY
P.O. Box 2099
Pollock, LA 71467-0000

Mr. Stanley, William Jennings
STANLEY & THYER
326 S. Church
Jonesboro, AR 72401

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 3436822
**RELIEF(S) DOCKETED:**
  Mandate Document
**DOCKET PART(S) ADDED:** 3731715, 3731716